EVANS *v.* RUSSELL.

BROKERS—EVIDENCE—COMMISSIONS.

> Evidence tending to show that plaintiff brokers undertook
> to sell real property of the defendant for a price agreed
> upon, that they found a purchaser ready and willing to
> pay the price asked, that defendant declined to make the
> conveyance because his wife would not sign the deed, de-
> fendant disputing the claim of plaintiffs as to the con-
> tract, *held*, to present an issue of fact which was properly
> submitted to a jury.

Error to Ingham; Wiest, J. Submitted April 15,
1914. (Docket No. 46.) Decided June 1, 1914.

Assumpsit by Louis M. Evans and Charles L.
Fratcher against Henry Russell for brokers' commis-
sions. Judgment for plaintiffs. Defendant brings
error. Affirmed.

*Frank L. Dodge,* for appellant.

*Harry A. Silsbee (Person, Shields & Silsbee,* of
counsel), for appellees.

OSTRANDER, J. The issue in this cause is simple.
The testimony on the part of plaintiffs, who are part-
ners, tended to prove that they undertook for the de-
fendant to sell his real estate for $14,000 for which
they were to be paid a commission of $400; that they
produced a purchaser able and willing to pay the
price; that the defendant then refused to sell, giving
as a reason that his wife would not join him in con-
veying the property. On the part of defendant the
testimony tended to prove that he made no such bar-
gain with plaintiffs; that his property was only for
sale upon a contingency, which did not occur. Specific
denials of the material testimony of plaintiffs were

given. There was testimony which, if believed, warranted a verdict for plaintiffs. The cause was submitted to a jury with instructions, which, although criticised, seem to us to correctly state applicable rules of law. A motion for a new trial was denied. We have examined the assignments of error, 47 in number, have read the record with care, and are of opinion that none of the errors are well assigned.

The judgment is affirmed.

McALVAY, C. J., and BROOKE, KUHN, STONE, BIRD, MOORE, and STEERE, JJ., concurred.